[No. 10335-1-I.   Division One.   October 17, 1983.]

*In the Matter of the Marriage of* BARBARA ANN
CANTLEY, *Respondent, and* JAMES ALLAN
CANTLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Island
County, No. 11333, Harry A. Follman, J., entered May 26,
1981. *Reversed* by unpublished opinion per Scholfield, J.,
concurred in by Durham, A.C.J., and Swanson, J.

[No. 5154-4-III.   Division Three.   October 18, 1983.]

W. C. RAMM, ET AL, *Respondents,* v. O. VERNON
HANSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grant
County, No. 28801, James D. Kendall, J., entered March
22, 1982. *Affirmed* by unpublished opinion per Munson,
C.J., concurred in by Green, J., and Edgerton, J. Pro Tem.

[No. 5986-0-II.   Division Two.   October 19, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTIN
CURTIS SHARLOW, *Appellant.*

Withdrawn by order of the Court of Appeals dated
November 16, 1983. See 36 Wn. App. 1008.

[No. 5197-8-III.   Division Three.   October 20, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERTO
MANJARREZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 80-8-00730-1, Cameron K. Hopkins, J.
Pro Tem., entered April 29, 1982. *Affirmed* by unpublished
opinion per Munson, C.J., concurred in by McInturff, J.,
and Edgerton, J. Pro Tem.